August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KATY SPRINGS & MANUFACTURING, INC., Appellant

NO. 14-14-00172-CV                  V.

JOSEPH FAVALORA, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee Joseph Favalora, signed December 16, 2013, was heard on the transcript of the record. We have inspected the record and find that the evidence was insufficient to support the jury's award for future mental anguish damages. We therefore **MODIFY** the judgment of the trial court to delete the $100,000 award for future mental anguish. We order the judgment of the trial court **AFFIRMED** except as modified in this judgment.

      We order appellee Joseph Favalora to pay costs by reason of this appeal.

      We further order this decision certified below for observance.